UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAUREEN O'HARA | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT |
| | ) | |
| MARY E CAHILL, | ) | |
| Defendant | ) | |
| | ) | |

## INTRODUCTION

1.      This is an action for maritime personal injuries which occurred on or about September 3,

2018, while the Plaintiff, Maureen O'Hara, was a passenger aboard a 16' Boston Whaler,

which was owned, operated, chartered, and/or controlled by the Defendant, Mary E.

Cahill.  The Plaintiff asserts a cause of action for personal injuries based upon negligence

brought under the General Maritime Law.

## JURISDICTION

2.      This is a case of maritime jurisdiction pursuant to 28 U.S.C. § 1333(1).

## THE PARTIES

3.      The Plaintiff, Maureen O'Hara, is an individual and of legal age and resides at 40

Winthrop Street, Quincy, Massachusetts.

4.      The Defendant, E. Cahill, is an individual and of legal age and resides at 70 Babcock

Street, Quincy, Massachusetts, and at all times hereinafter referred to, owned, operated

and/or controlled the vessel.

**FACTUAL ALLEGATIONS**

5.   On or about September 3, 2018, the Plaintiff was a lawful passenger aboard the vessel,

which was operating in navigable waters for purposes of a pleasure ride. While aboard

the vessel the Plaintiff sustained serious personal injuries when, due to the negligence

and/or recklessness of the defendant, the vessel was operating too fast under the

circumstances and  struck a large wave, causing the plaintiff to be thrown off her seat up

into the air, landing back down onto her tailbone, sustaining  serious injuries.

**COUNT I**
GENERAL MARITIME LAW- NEGLIGENCE

6.   Paragraphs 1-5 are realleged and incorporated herein.

7.   The injuries sustained by the Plaintiff were no fault of her own but were caused by the

negligence of the Defendant in that the Defendant had a duty to operate her vessel in a

safe manner and breached that duty, causing injuries to the plaintiff.

8.   As a result of the said injuries, the Plaintiff has suffered great pain of body and anguish of

mind, lost a great deal of time from her usual work, incurred medical and hospital

expenses, and has suffered and will suffer other damages as will be shown at the trial.

9.   This cause of action is brought for negligence under the General Maritime Law.

**REQUEST FOR RELIEF**

1.   Under Count I, that this court enter judgment in favor of the Plaintiff against the

Defendant.

2.   For such other relief as this court deems appropriate.

## PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS

Respectfully submitted
By her attorney,


/s/ Thomas M. Bond
Thomas M. Bond, B.B.O. No. 546649
THE KAPLAN/BOND GROUP
265 Franklin Street, Suite 1702
Boston, MA 02110
(617) 261-0080
tbond@kaplanbond.com

I certify that a true copy of the above document was served upon each attorney of record by ECF on August 4, 2021.


 /s/ Thomas M. Bond

3